UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

       Plaintiff,

vs.

       Criminal No. 20-20594

       Hon. Denise Page Hood

Amin Hasanzadeh,

       Defendant.

_____/

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, Amin Hasanzadeh, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1    50 U.S.C. § 1705 and 31 C.F.R. Parts 560.203, 560.204, and 560.418 – Conspiracy to unlawfully export technology to Iran and to defraud the United States: Up to twenty (20) years in prison and/or a $1,000,000 fine.

Counts 2-8    50 U.S.C. § 1705 and 31 C.F.R. Parts 560.203, 560.204, and 560.418 – Unlawful export of technology to Iran: Up to twenty (20) years in prison and/or a $1,000,000 fine.

I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

/s/ Amin Hasanzadeh by John H. Bradley with permission.
_____
Amin Hasanzadeh
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

    I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

/s/ John H. Bradley

John Bradley
Attorney for Defendant

Dated: 12/16/2020