UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                CR. NO. 20-20594

     v.

                                    HON. DENISE PAGE HOOD

AMIN HASANZADEH,

       Defendant.

_____/

## MOTION TO SEAL MOTION AND EXHIBITS

Amin Hasanzadeh, through counsel, moves to seal his motion to suppress evidence collected through three warrants issued June 15, 2018, and the warrants themselves (which are filed as exhibits), because they contain information subject to a protective order. The government concurs.

                                                     Respectfully submitted,

                                                     s/Benton C. Martin
                                                     Benton_Martin@fd.org
                                                     Attorney for Amin Hasanzadeh
                                                       613 Abbott St., Suite 500
                                                     Detroit, MI 48226
                                                     Phone: 313-967-5542

Dated: January 18, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                CR. NO. 20-20594

        v.

                                HON. DENISE PAGE HOOD

AMIN HASANZADEH,

        Defendant.
_____/

## CERTIFICATE OF SERVICE

    I certify that on January 18, 2022, I filed the foregoing paper with the through the court's electronic docketing system, which will send notification to opposing counsel of record.

                                          Respectfully submitted,

                                          s/Benton C. Martin
                                          Benton_Martin@fd.org
                                          Attorney for Amin Hasanzadeh
                                          613 Abbott St., Suite 500
                                          Detroit, MI 48226
                                          Phone: 313-967-5542