PS8
(8/88)

# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. **HAZENZADEH, Amin**                              Docket No. **20-20594-01**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Susan Dely, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant **Amin Hasazedeh** who was placed under pretrial release supervision by Your Honor sitting in the court at <u>Detroit Michigan,</u> on March 2, 2021, under the following conditions:

> A bond was set in the amount of $10,000.00 Unsecured with the conditions report as directed to Pretrial Services, seek/maintain employment, refrain from obtaining any passport or international travel documents, restrict travel to the Eastern District of Michigan unless permission is received in advance, avoid contact (directly or indirectly) with any victims/potential witnesses in the case (list to be provided by the USAO), avoid contact (directly or indirectly) with law enforcement investigating this case, except for court purposes and/or negotiated between counsel, refrain from the use/possession of any firearms or dangerous weapons, submit location monitoring with GPS technology and curfew as directed by Pretrial Services, reside at address provided to Pretrial Services and do not move without permission, submit to a mental health evaluation and participate in mental health counseling/treatment as directed by Pretrial Services, take all prescribed medication as directed, and report to Pretrial Services within one (1) business day of release for installation of location monitoring.

**Respectfully presenting petition for action of court and for cause as follows:**
(if short insert here; if lengthy write on separate and attach)

Since March 2021, the defendant has been compliant with his bond conditions.

The defendant has reached a bench mark of minimal compliance issues and it is the assessment of Pretrial Services the location monitoring and curfew conditions are no longer needed as a condition of supervision and are recommending the removal of said conditions.

Assistant United States Attorney Doug Salzenstein does not oppose this petition. Defense Counsel David Tholen is aware of Pretrial Services request.

**PRAYING THAT THE COURT WILL ORDER** the defendant's bond be amended to remove the conditions of location monitoring and curfew conditions.

|  |  |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct |
| Considered and ordered this 15th day of March, 2022 and ordered filed and made a part of the records in the above case. | Executed on February 18, 2022 |
| _____<br>Denise Page Hood<br>Chief, United States District Judge | _____<br>U.S. Pretrial Services Officer<br>(313) 234-5334<br>Place: Detroit |