Re: Case No. 2:19-mj-30572/2:20-cr-20594  
Theodore Levin U.S. Courthouse  
231 W. Lafayette Blvd. Room 226  
Detroit, MI 48226  

July 19, 2023

**Dear Judge Denise Page Hood,**

I am writing this letter to the court to state the following observations which are in the favor of the US government to delay the case forever. Still there is no decision/order on the filed motions; 1st motion filed in early December 2021 and the last motion in early May 2022 (over a year ago). For long time, I hesitated about writing to the court since I afraid that the US government make it as an excuse to further delay the case. However, lately, I concluded that the delay happens anyway according to the plan of the US government to make me out of status and finally get rid of me to close a totally fabricated and manipulated case and waste at least 13 years of my life and efforts since I immigrated to US, besides life-time mental, physical, family, and carrier permanent damages. Whatever is happening is not a speedy trial. This case, with a prosecution period well over 3 and half years, is an extreme and true example of torture. This letter, and my letters in the dockets 37 and 42 which written 2 years ago are results of these tortures and delays.

1. Stopping speedy trial was one of the numerous misconducts of the former paid defense attorneys (John H. Bradley, Dean A. Strang, and R. Rick Resch) for benefit of the US government. Their misconducts show that the paid former defense attorneys acted against me. As their numerous misconducts, I held 16 months (from November 6, 2019 to March 3, 2022) in custody and these attorneys later lied in the docket #25 that "Mr. Hasanzadeh has agreed to remain in custody, adjourn the preliminary examination date, extend the time for indictment, and execute statute of limitations waivers…". Also, 8 courts adjourned on that 16 months without my knowledge/consent and without appearing in front of a judge (as these attorneys said in docket #27 "Mr. Hasanzadeh did not sign any of the above first, second, third, fourth, fifth, sixth, seventh or eighth stipulations …" and these attorneys lied to the court that they were "still under the belief that he had permission from Mr. Hasanzadeh, subsequently entered into an eighth stipulation with Assistant United States Attorney Salzenstein, to continue the preliminary exam …"). Moreover, these paid defense attorneys did not share the case documents with me. As another example, face to face visit in jail was banned legally because of COVID19, but the former defense attorneys, prosecutor, and an FBI agent set the visit on July 16, 2020 in the jail's storage room without any recording device present. The visit was held without my consent although these attorneys lied in docket #25 "Mr. Hasanzadeh, with counsel, voluntarily met with the Assistant US Attorney and the FBI agent assigned to this case …". In that visit, the prosecutor told me that if I do not accept a deal, he will delay the case as much as he likes, and even if I win the speedy trial, he will not allow me to stay in the US. In docket #58, the US government quoted some lies from this unrecorded and legally banned visit to pay back favors of former defense attorneys. Also, this visit took around half an hour, but prosecutor in the docket falsely claimed that the visit took hours. On that visit, the FBI agent said that the case is about transferring technology regarding data communication and uninterruptible power supply (UPS) which are two non-relevant technical topics. Later, after indictment (docket 21) in December 2020, when I told them that UPS was my PhD thesis (was mentioned also in docket #74/Exhibit 2), the US government suddenly decided to offer bond since they perceived that the indictment is baseless and was fabricated based on lies made by Slavisa Zigic and Masahiro Abe in A&D Technologies Inc as well as the page 2/item 4 of the indictment which came from the page of the discovery. On June 21, 2021 (for first and only time after almost 2 years) when I was shown (while I was watched by them) some limited pages of the discovery, I showed them the big rectangular stamp in the middle of a page, regarding page2/item 4 of the indictment, indicating PhD thesis. Also, the same discovery shows, years before joining A&D Technology Inc., I did not have any company and was not part of one. BTW, the project in A&D Technology Inc. was in the level of common engineering knowledge available in internet, and this corporation has nothing to do with UPS. The paid former attorney and the US government put mental health evaluation in my bond as a condition to prepare another round of interrogation by psychiatric for the benefit of the US government. They did not care about my health at all as I explained in docket #37 item 7. Later, when I complained misconducts of the former defense attorney to the Office of Lawyer Regulation (OLR) in Wisconsin (www.wicourts.gov), not only the OLR did not conduct any investigation for my complains, but also tried the best to trick and interrogate me for the benefit of the US government. Former defense attorneys favored the US government, and US government returned their favor by OLR misconducts. In the docket #58, the US government stated that the government should not be punished for misconducts of the former attorney; however, the US government just benefited greatly from their misconducts. I was told that if the prosecutor testifies falsely against me to support the former defense attorneys, the court goes with prosecutor's word. In the docket #58, the US government stated, "I do not have evidence". The misconduct of the former defense attorney must be investigated by an impartial organization not OLR or the US government.

2. On March 3, 2021, the court was delayed well over two months to release me on bond in early 2021 and the government benefited to further wear me down in jail.

3- On April 6, 2021, the court concluded (i) ordering the next court on June 21, 2021 and bringing all confidential and non-confidential discoveries before June 6, 2021 by the government (there was not a word about FISA on that court as well as from the beginning of the case till October 2021), and (ii) setting the speedy trial date sometime in October 2021. However, on April 10, 2021, the US government filed a motion to adjourn my request for speedy trial dated early 2021 though from beginning of the case in November 2019, I always asked for speedy trial. The former defense attorney did not inform me regarding this motion and did not file any opposed motion. With no objection of the former defense attorneys who were in a criminal cooperation with the US government against me, the court on June 21, 2021 canceled again and the court ordered in the docket 36 to adjourn the speedy trial and mentioned: (a) "There is also a substantial likelihood that this case will garner substantial public interest—multiple news outlets reported Mr. Hasanzadeh's arrest and detention". These lies in the news were spread by the US government which should not be done before conviction; (b) "The discovery is complex and voluminous, and much of the material is classified, necessitating declassification before production". The US government was supposed to bring all discoveries before June 6, 2021, but they delayed that till April 27, 2022.

4- Later, removing the former attorneys was taken almost three months. At the same time, the US government continued to fabricate and manipulate up to a million pages of discovery and overnight brought up that the case is/has FISA, and later the US government was given again 75 days to put together some non-relevant, manipulated, fabricated materials. After 5pm on the 75th day, the US government brought just nonsense materials and no evidence (docket 92) to delay the case at most. With the overnight dirty FISA trick, the US government now falsely claims that the case is complex and tries to justify the delays and hide/weaken the crimes/misconducts of the US government and former defense attorneys over the time. Although, according to the court on April 6, 2021, the US government must bring all discoveries till June 6, 2021, but with FISA dirty trick, the US government was given additional 11 months (from June 6, 2021 to April 27, 2022) to bring more fabricated/manipulated discoveries (including FISA and others). In the courts in October and November 2021, the court talked about the speedy trial in early 2022, but the US government plan was just delaying the case with any excuse possible.

5- The motion cutoff was set for 60 days instead of 30 days and later it was extended to 90 days (till February 15, 2022). This was the initiation of the games of delays by the government. While the government could bring the FISA material in parallel to the 90-day extension for motions cutoff, they delayed bringing the FISA materials till April 27, 2022. The ordered last motion hearing on May 19 was canceled, and several postponed motion hearings were canceled till July 7, 2022. Setting the speedy trial date for some time in October 2022 and the decision on the motions were planned to be done on July 18, 2022. Unfortunately, the court on July 18 was canceled again. On August 24, 2022, the court asked for two more weeks (till the first week of September 2022) to order all motions and set the speedy trial on January 2023 (the US government just pretended to be ready for the speedy trial in January 2023) which all again did not happen.

6- On August 24, 2022, the prosecutor argued with the court whether I should have an interpreter for speedy trial. I am wondering how a federal prosecutor does not know my right of having interpreter. The prosecutor also told the court that they broke the code of my cellphone while I gave them the code when they arrested me (extremely horrifying experience when you suffer depression/anxiety) on November 6, 2019. In the last two hearings nothing happened, and the US government benefited from those delays.

7- In March 2022, an article with my photo on Detroit News again repeated the same false stories and the lies fabricated by the US government against me, without a single page of evidence, to support the US government delay plan of FISA and the others. Also, the same article again lied that (i) the pandemic delayed the case, and (ii) the case is FISA. Of course, there are examples of real complicated cases initiated after this case and already finished.

8- The US government tormented me years by (i) keeping me out of processing time in immigration process; (ii) fabricating/manipulating a case against me because of my nationality; (iii) inviting me to immigration interview and handing it as interrogation to the court as part of docket 74. (iv) Also, after falsely accusing me publicly in November 2019, the US government used the same fabricated/manipulated news as discretion (means racism and discrimination) to put in the court document (in November 2019) that I am out of status. (v) Later, according to the US government plan, I was sent to jail for 16 months to be tortured/forced to accept a deal and be deported. This reveals that court is mere formality for the US government as the prosecutor threaten me by the same plan (item 1 above).

9- With all these dirty tricks and delays to damage every aspect of my life, the US government wants to win the case at any cost to secure the credit and reputation of racist, discriminative, and corrupted US government agents, former paid defense attorneys, and the others. If any of the above extraordinary tortures happens in any part of the world, the US government screams that terror brought to a family, families are forced to separate, someone was tortured in a hostage situation, all aspects of someone's life were destroyed, a crime against humanity is happening, and all discoveries are fabrication, manipulation, and forgery.

Yours faithfully,
Amin Hasanzadeh

